UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI K. C.,[1] <br><br>            Petitioner, <br><br>    v. <br><br><br> WOFFORD, et al., <br><br>            Respondents. | No.  1:26-cv-00565-JLT-SKO (HC) <br><br> **ORDER GRANTING MOTION TO SHORTEN TIME FOR RESPONDING TO ORDER TO SHOW CAUSE** <br><br> (Doc. 5) <br><br> [3-DAY & 1-DAY DEADLINE] |

Petitioner Hari K. C. is a noncitizen proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 25, 2026, the District Court denied Petitioner's motion for temporary restraining order, (Doc. 3), and directed Respondent to file a response within thirty (30) days, (Doc. 4). On January 26, 2026, Petitioner filed a motion requesting the time for filing a response and traverse be shortened. (Doc. 5.) Petitioner contends that the legal issues presented in the petition have been repeatedly resolved by the Court over the last 8 months, and the instant case can be so resolved. Respondents did not file an opposition.

Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR, the Court GRANTS Petitioner's motion to shorten time. The response deadline is modified to 4 days

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. See Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

from the date of service of this order, and the traverse deadline is modified to 1 day from the filing of the response.

IT IS SO ORDERED.

Dated:   **February 13, 2026**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE